IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MONICA NICKELS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MEDTRONIC, INC., a Minnesota corporation; and MEDTRONIC SOFAMOR DANEK USA, INC., a Tennessee corporation;<br><br>　　　　　Defendants. | 4:14CV3005<br><br>**ORDER** |

Pursuant to Federal Rule of Civil Procedure 4(m), the plaintiff must serve its complaint on the defendants within 120 days of filing the lawsuit. The complaint was filed on January 14, 2014, (Filing No. 1). To date, the plaintiff has not requested the issuance of a summons and the defendants have not entered a voluntary appearance.

Accordingly,

IT IS ORDERED:

1) The plaintiff is given until June 25, 2014, to serve her summons and complaint on the defendant, in the absence of which this case may be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution.

2) The clerk shall set a case management deadline of June 30, 2014 to verify compliance with this order.

Dated this 22nd day of May, 2014.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge